Ricky Lamar TURNER,
Plaintiff–Appellant,

v.

Corporal PORTER, Defendant–Appellee,

and

William C. Smith, Superintendent; Correctional Officer Vincent; Correctional Officer Casianos; Corporal Pittman; D.T. Maskelony, Captain; Correctional Officer C.O. Cary; Nurse Trisha, Defendants.

No. 14–6554.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Ricky Lamar Turner, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lamar Turner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Porter,* No. 1:12–cv–00431–TSE–TCB (E.D.Va. filed Mar. 31 & entered Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*